# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00440-KDB-DSC

| | |
|---|---|
| MARY PARRISH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| C R BARD INCORPORATED et. al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Jason Murphy]" (document #10) filed November 12, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: November 13, 2019

David S. Cayer
United States Magistrate Judge